**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

ELIAS A. MURDOCK,

    Plaintiff,

v.

YWCA ST. PAUL, TAMARA BURCH,
YWCA MINNEAPOLIS, PATRICIA QUINN,
YMCA MINNEAPOLIS, CASSIE ROOD,
MINNESOTA DEPARTMENT OF HUMAN
RIGHTS, VELMA KORBEL, MINNESOTA
DEPARTMENT OF EMPLOYMENT AND
ECONOMIC DEVELOPMENT, LEE NELSON,
RAMSEY COUNTY CORRECTIONS,
TIM CAREY, MAUREEN MUNSON,
MATT NELSON, JASON RUDOLPH,
CAROL BAUMAN, RAMSEY COUNTY
DISTRICT COURT, CRIMINAL DIVISION,
JOHN GUTHMAN, PROJECT PATHFINDER,
JESSICA RUEGGE, TIM PAWLENTY,
CITY OF ST. PAUL, DEPARTMENT OF
PUBLIC SAFETY, BARB McMONIGAL,
JEFFREY FISCHBACH, CHRISTINE ROZEK,
CITY OF ST. PAUL POLICE DEPARTMENT:
WESTERN DIVISION, CITY OF ST. PAUL
DEPARTMENT OF PUBLIC WORKS,
LOUISE LANGBERG, CHRIS COLEMAN,
CITY OF ST. PAUL CITY COUNCIL,
KATHY LANTRY, CITY OF ST. PAUL
ATTORNEYS, JOHN PENLAND,
STEVEN HENG, ROSA HERNANDEZ,
ST. PAUL PIONEER PRESS,
EMILY GURNON, and JASON HOPPIN,

    Defendants.

Civil No. 09-3679 (MJD/JJG)

**ORDER ON REPORT
AND RECOMMENDATION**

    The above-entitled matter came before the Court upon the Report and

Recommendation of the United States Magistrate Judge. No objections have

been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's "Application To Proceed In District Court Without Prepaying Fees or Costs," (Docket No. 2), is **DENIED**;

2. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

3. The claims based on federal law that Plaintiff is attempting to bring in his Amended Complaint are **DISMISSED WITH PREJUDICE**; and

4. The claims based on state law that Plaintiff is attempting to bring in his Amended Complaint are **DISMISSED WITHOUT PREJUDICE**.


Dated: June 17, 2010           s/Michael J. Davis
                                          MICHAEL J. DAVIS
                                          Chief United States District Judge